# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE NISSAN NORTH AMERICA, INC. ) <br> ODOMETER LITIGATION ) <br> ) <br> ALL CASES ) <br> ) | MDL Docket No. 3:08-md-1921 <br> Judge Trauger |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, all parties, by and through their attorneys of record, announced to the Court that the above-entitled and numbered cause of action has been settled, including all actions transferred and/or consolidated into the above-entitled and numbered cause, as reflected in the attached Transfer Order (Dkt. #1) and including the tag-along lawsuit styled *Thomas Harken, Jr., individually and on behalf of all others similarly situated v. Nissan North America, Inc.*, C.A. No. 3:08-cv-0097 (M.D. Tenn.) (the "Lawsuits"). The parties therefore move the Court for dismissal of all claims asserted by all parties with prejudice, and the Court is of the opinion that such Motion should in all things be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims made or asserted in the Lawsuits are hereby dismissed with prejudice to refiling.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all taxable costs of court shall be borne by the party incurring them.

**IT IS SO ORDERED.**

Date: 1/19/2012

_____
ALETA A. TRAUGER
United States District Judge

**APPROVED FOR ENTRY:**

*/s/ Richard L. Coffman*
Richard L. Coffman, Esq.
Texas Bar No. 04497460
**THE COFFMAN LAW FIRM**
505 Orleans St., Ste. 505
Beaumont, TX 77701
(409) 833-7700
(866) 835-8250 FAX
Email: rc@cofflaw.com


*/s/ R. Stephen Woodfin*
R. Stephen Woodfin, Esq.
Texas Bar No. 21930400
**LAW OFFICE OF STEPHEN WOODFIN**
1012 Houston
Kilgore, TX 75663
(903) 984-0518
(903) 984-2574 FAX
Email: stephenwoodfin@sydcom.net

*Co-Lead Counsel for Plaintiffs*



*/s/ E. Paul Cauley, Jr.*
E. Paul Cauley, Jr.
TX Bar No. 04018900
**SEDGWICK, DETERT, MORAN & ARNOLD, LLP**
1717 Main Street, Suite 5400
Dallas, TX 75201
(469) 227-8200
(469) 227-8004 FAX
E-mail: paul.cauley@sdma.com

and

*/s/ Jessalyn H. Zeigler*
R. Dale Grimes (BPR No. 6223)
Jessalyn H. Zeigler (BPR No. 16139)
**BASS, BERRY & SIMS PLC**
315 Deaderick Street, Suite 2700
Nashville, TN 37238
615-742-6200
615-742-6293  FAX
E-mail: dgrimes@bassberry.com
E-mail: jzeigler@bassberry.com

***Attorneys for Defendant Nissan North America, Inc. and Nissan Motor Co., Ltd.***